# EXHIBIT B

Patient Portal | Pay Shipping | Schedule A Free Consultation | 281-501-0611



ERECTILE DYSFUNCTION | TESTOSTERONE | WEIGHT LOSS | SEXUAL HEALTH | VITAMIN INJECTIONS



# Semaglutide (Wegovy)

No Special Diets. No Difficult Workouts. Just RESULTS.

**We need a new tool to help us lose weight, and it is here!**

## Semaglutide Weight Loss Program

A New Potent Once Weekly Weight Loss Injection.
Weekly Weigh-ins.
16-24 Weeks For Best Results.

~~$1,000~~ **$499 per month**
with medication
(1 injection a week)

[ Start Now ]

### Weight loss can be hard!

Eating right and exercising well may simply not be enough, especially as we age.

### How much weight have people lost with Semaglutide (Wegovy™)?

Adults lost on average approximately 35 lbs or 15% of body weight while taking Wegovy.

### How does Semaglutide Work?

Every day, the brain receives signals from different places in the body. Some of these signals, called appetite hormones, **help regulate your food intake**. Once weekly Semaglutide reduces appetite. Semaglutide™ works by mimicking a hormone that targets areas of the brain involved in regulating appetite and food intake. This can help you eat less, which can lead to WEIGHT LOSS.

less, which can lead to WEIGHT LOSS.

## How the Semaglutide Program Works

The Semaglutide Weight Loss program is a in office or virtually-consulted program that can be undertaken completely from your own home. All appointments can be conducted virtually with the provider.

In 2 months, you could lose up to 25 pounds.
In 4 months, you could lose up to 50 pounds or more!
You can repeat this program as many times as you wish!

No special diets.
No difficult work outs.
Just inject once a week, and watch your weight drop.

---

Champion Health and Wellness Clinics are full-service hormone replacement and sexual wellness clinics serving the greater Houston area.

4295 San Felipe Street
Suite 335
Houston, TX 77027

✉ Email: info@championhealthandwellness.com
📞 Phone: 281-501-0611
🕐 Hours: Mon-Fri 9:00 am – 5:00 pm

Copyright © 2023 | Champion Health and Wellness Clinics                              Privacy Policy

Patient Portal | Pay Shipping | Schedule A Free Consultation | 281-501-0611



**ERECTILE DYSFUNCTION** | **TESTOSTERONE** | **WEIGHT LOSS** | **SEXUAL HEALTH** | **VITAMIN INJECTIONS**

# Optimize Your Energy

## With Our Concierge Services That Are Easy, Simple And Safe.



Hormone Therapy Optimization

**Schedule a Free Consultation Today**



*We're a different kind of clinic.* We only offer care to a <u>limited number of patients</u> so that we can provide the elite service that *you deserve*. Our signature **Concierge Service** means that you will get the one-on-one attention of a nurse practitioner who will monitor your care during your entire treatment. You will have 24/7 access if you have questions or concerns. Your treatment will be uniquely designed for you and your body's specific needs. We will regularly monitor your lab work and provide professional recommendations. There are no membership fees but monthly subscriptions are required*.

**Schedule a free consultation today.**

*exception includes Basic ED treatment

## Our Services

Each of our services are customized to your unique needs. We offer a concierge service so that you always receive the maximum benefits of your individualized treatments.



### Erectile Dysfunction (ED) Therapy

Enhance your sexual stamina with Viagra, Cialas, and other options.



### Men's Testosterone Replacement Therapy

We offer in-office or at-home injections or pellet therapy.



### Women's Hormone Replacement Therapy

Bio-Identical Pellet insertion every 3-4 months.



### Sexual Health And Desire

Arousal and performance enhancement for men and women.



### Hair Restoration Therapy

We offer single and package treatments for hair loss and thinning hair.



### Thyroid Replacement Therapy

Regain your youthful energy and vitality.



### Medical Weight Loss

Guaranteed weight loss personalized plans with FDA approved options.



### Vitamin Injections

Vitamins & antioxidants to make you feel better fast.

**Schedule a Free Consultation**

# Why Champion Health and Wellness Clinics?



**Trusted Nurse Practitioners**



**Elite Concierge Service**



**Managed Care**



**Convenient And Confidential**



## Client Testimonials

I played professional football for 9 yrs and Cynthia has personally given me advice on how to handle some of my post career injuries. She's very knowledgeable about her profession but most importantly she has a kind heart and spirit about her. You don't find that too often in the medical field. She takes a personal interest in the care of her patients. I've dealt with many doctors throughout my career and she is definitely one of a kind.

*Kenneth Davidson*
Pittsburgh Steelers

"The service that I received from Champion Health & Wellness clinic was excellent. The staff is friendly and ensures that I am properly informed about my health and care. I would gladly recommend them to friends and family."

*Jason Branch*

"I was very pleased by the professionalism that was shown during the consultation visit. I highly recommend this office."

*Lynn*

---

**Champion Health and Wellness Clinics are full-service hormone replacement and sexual wellness clinics serving the greater Houston area.**

**4295 San Felipe Street
Suite 335
Houston, TX 77027**

✉ Email: info@championhealthandwellness.com
📞 Phone: 281-501-0611
🕐 Hours: Mon-Fri 9:00 am - 5:00 pm

✉ Email: info@championhealthandwellness.com  📞 Phone: 281-501-0611  🕐 Hours: Mon-Fri 9:00 am - 5:00 pm
**4295 San Felipe St., Suite 335, Houston, TX 77027**

*Champion Health and Wellness Clinics are full-service hormone replacement and sexual wellness clinics serving the greater Houston area.*

Copyright © 2023 | Champion Health and Wellness Clinics                                    Privacy Policy

# Champion Health and Wellness Clinics

Up to 80% Off on Online Nutritional / Weight-Loss at Champion Health and Wellness Clinics

4.1 ★★★★☆ 182 Groupon Ratings



## Highlights
After a consultation, clients may receive injections to help manage their weight.

## About This Deal
**How customers are supposed to participate: this is a phone call. Customers can request a video call—the merchant provides all necessary information and links after a consult form has been submitted.**

**Semaglutide (Wegovy) Weight Loss Program (First Month); Shipping not included: Online Weight Loss Program**

**Semaglutide (Wegovy) Weight Loss Program (Two Month); Shipping not included: Online Weight Loss Program**

What's included:
- Telemedicine consultation
- Starter dose of medication (If prescribed)
- Medication (if prescribed)
- Unlimited follow-up texting with their doctor
- All materials needed to administer the medication
- Priority support
- Shipping charge not included and will be due upon checkout
- Semaglutide (Wegovy) aims to reduce appetite and works by mimicking a hormone that targets areas of the brain involved in regulating appetite and food intake.
- Please note that this deal is for one month at the starting dose of Semaglutide (Wegoy) (Wk1: 0.25mg Wk2: 0.5mg Wk3: 0.75mg Wk 4 1.0mg)
- Shipping not included

## Fine Print
Promotional value expires 180 days after purchase. Amount paid never expires. Online redemption only. Semaglutide cannot be prescribed to anyone with the following and should not be purchased: BMI under 30, eating disorder, gallbladder disease, drug or alcohol abuse, recent bariatric surgery, pancreatitis, medullary thyroid cancer, currently pregnant or breastfeeding, planning to become pregnant, Diabetic retinopathy, Multiple endocrine neoplasia type 2, family history of medullary thyroid carcinoma. Telemedicine consultation, the medication ( if prescribed), unlimited follow-up texting with your prescribing doctor all materials needed to administer the medication, and priority support. This Groupon purchase is for one month only. The monthly charges after month one are $399 per month. Limit 1 per person(s), may buy 1 additional as gift(s). May be repurchased every 180 days. Merchant is solely responsible to purchasers for the care and quality of the advertised goods and services. Learn about Strike-Through Pricing and Savings

## Groupon Customer Reviews

4.1 ★★★★☆
182 Groupon Ratings

**100% Verified Reviews**
All Groupon reviews are from people who have redeemed deals with this merchant. Review requests are sent by email to customers who purchased the deal.

**Cathie**
☆ 2 ratings · 2 reviews

★★★★★ · 11 hours ago

I lost 9 lbs my first week, Im in my second week now. The process was VERY fast and simple. The staff has been extremely attentive!! Highest regards.

Helpful

**Deanna** · Top Reviewer
26 ratings · 23 reviews
★★★★★ · 4 days ago

Love it

Helpful

**Mike**
2 ratings · 1 reviews
★★★★★ · May 23, 2023

The shots are effective and the staff is friendly.

Helpful

**Nicole** · Helpful Reviewer
6 ratings · 2 reviews
★★★★★ · May 16, 2023

This process was fast! I can't speak to the medication delivery while I live in PA my daughter just happened to be vacationing in Houston! I purchased the Groupon on Sunday Had my consult over the phone on Monday . I called the Pharmacy yesterday you will need to have patients it took 1:40 minutes to get someone on the phone, but I was able to schedule and have my daughter pick up the med today!

Helpful

**Meghan**
2 ratings · 1 reviews
★★★★★ · May 11, 2023

omg.. can't say enough!!!! Everyone from day one has been amazingly supportive!!! Month one down 11pounds!!! yay me:) I will recommend for days everyone ! easy to communicate via text , phone etc... Many other companies could learn from the customer service I was provided!!!5 stars all the way!!!

Helpful

See All Reviews

## About Champion Health and Wellness Clinics

We are a different kind of clinic. We only provide care to a limited number of patients so we can provide the elite service you deserve. Our dedicated concierge service means you will receive individual attention from a nurse who will oversee your care throughout your treatment. If you have questions or concerns, you are available 24/7. Your treatment will be uniquely designed for you and your body's specific needs. We will continuously monitor your lab work and provide professional advice.

Champion Health and Wellness Clinics

- Company Website

$997
Not Yet Available

See Similar Deals

Share This Deal

Like 0

### Sponsored deals for you      1 of 3


**HelloFresh Meal Kit Deliveries ...**
4.1 ★★★★☆ 24407 Ratings
$70.93 $22 **$21** Limited Time
Meal Kit Deliveries


**Free Dog Bed with First Dog Toy Subscription Box from Super ...**
Super Chewer · 1 Coupon


**15% Off + FREE Shipping With Minted Father's Day Coupon C...**
minted · 1 Coupon


**Up To 75% Off With Keto Cycle App + Keto Fuel**
Keto Cycle · 1 Coupon

### Similar deals      1 of 3


**Up to 66% Off on Injection-Other-Dysport, Xeomin at Bea...**
941 Brickell Ave, floor 1 suit 1, Miami · 0...
4.3 ★★★★☆ 6 Ratings
$200 $100 From **$80** Limited Time
Beauty Perfections Med Spa
30+ bought
Book Online


**◗ One Classic Custom ButcherBox - 9-14lbs of High-Quali...**
4.2 ★★★★☆ 1128 Ratings
$169 **$99** 41% OFF
ButcherBox
110+ bought


**Seven Week Semaglutide Weight Loss Management Program a...**
8501 SW 124th Ave, Miami · 13.8 mi
4.8 ★★★★★ 1764 Ratings
$230 $30 **$27** Limited Time
CLP MED SPA
250+ bought


**50 or 100 Units of Dysport at Miami Surgical Center (86...**
5733 Northwest 7th Street, Miami · 6.2 mi
4.7 ★★★★☆ 510 Ratings
$600 $102 From **$81.60** Limited Time
Miami Surgical Center
1040+ bought

### Recommended deals      1 of 3


**Two Hours of Bowling and Shoe Rentals for Two, Four, or...**
11401 Northwest 12th Street, Miami · 11...
4.7 ★★★★☆ 46874 Ratings


**Up to 73% Off on Weight Loss Program / Center at Weight...**
4.6 ★★★★☆ 271 Ratings
$200 **$133**


**Sam's Club One-Year Membership (Up to 60% Off)**
8425 Northwest 13th Terrace, Doral · 9 mi
4.3 ★★★★☆ 111525 Ratings


**Up to 75% Off 2 Month Treatment Semaglutide at Champio...**
4.1 ★★★★☆ 181 Ratings
$2,000 **$499** 75% OFF



Footer content including Customer support, Help Center, Refund Policies, Report Infringement, Sell on Groupon links (Join Groupons Marketplace, Run a Groupon Campaign, How does Groupon work for Merchants, Sponsor your Campaign, Affiliate Program, Vendor Code of Conduct), Company links (About, Jobs, Students, Press, Investor Relations, Management Team, In Your Community), Quick Links (Treat yourself, Things to do, Coupons, Gifts for Occasions), social media links, app QR code, email signup, and copyright/legal links.



# Champion Health and Wellness Clinics

Up to 75% Off 2 Month Treatment Semaglutide at Champion Health and Wellness Clinics

4.1 ★★★★☆  181 Groupon Ratings

**Semaglutide Weight Loss - Two Month Accelerated Program**
~~$2,000~~ **$499**  75% Off

4 interest-free payments of $124.75 with Klarna. Learn More

200+ bought

Over 200 views today, so act now!

[ Buy Now ]

Give as a Gift

## Highlights

If eligible after consultation, prescription for 2 months of Semaglutide. All done 100% Online from your phone or computer.

## About This Deal

FASTER RESULTS WITH 2 MONTH SUPPLY

BEST VALUE FOR QUICK RESULTS

Eligible Members Lose 53+ lbs Without Diet or Exercise With Semaglutide.

Semaglutide is a safe, doctor-prescribed GLP-1 medication.

Not valid for Residents of CANADA

What's Included?

After Groupon Voucher Purchase:

You will need to fill out the Schedule a Free Consultation on our website www.championhealthandwellness.com

Also provide your Groupon Redemption Code.

After submitting the Free Consultation Form, your Voucher will be Redeemed and your medication ordered through our Pharmacy for processing.

Someone will then contact you from Champion Health and Wellness Clinics to schedule your initial telephone consultation.

• Please note that this deal is for 2 Months Supply

• You will be at Full Dose 2.5mg by the 8th week on Semaglutide

• The monthly charges after two month special are $399 per month plus shipping.

• You Can Cancel ANYTIME after initial purchase.

• Semaglutide consists of 1 injection per week for 8-weeks.

• Semaglutide is the Gold Standard in Medical Weight Loss.

• FDA approved.

• Studies show a 15+% body Weight Loss (Avg 35lbs).

We have seen Tremendous Long Term Weight Loss Success with this program.

Weight Loss with Semaglutide has shown to:

Decrease Blood Pressure,

A1C (blood sugar) Levels and

Decreases Risk of other Chronic Diseases.

HOW DOES SEMAGLUTIDE WORK?

Semaglutide mimics the effect of "feeling full" resulting in a Decreased Caloric Intake.

Semaglutide will Delay Gastric Emptying by reducing glucagon secretion in a glucose-dependent manner.

The Delay in Gastric Emptying can Reduce Appetite, Improve Control of Eating, and Reduce Food Cravings.

You will Experience all the Above Benefits as the Dose of Semaglutide increases each month.

START YOUR WEIGHT LOSS JOURNEY TODAY!

Price includes: Consult, Prescription Medication: Compounded Semaglutide with B12, Recommended Healthy Eating, Medication Supplies: Syringes and Alcohol Pads and Free Shipping.

Semaglutide cannot be prescribed to anyone with the following and should not be purchased:

BMI under 27, eating disorder, gallbladder disease, drug or alcohol abuse, recent bariatric surgery, pancreatitis, medullary thyroid cancer, currently pregnant or breastfeeding, planning to become pregnant, Diabetic retinopathy, Multiple endocrine neoplasia type 2, family history of medullary thyroid carcinoma.

## Fine Print

Promotional value expires 120 days after purchase. Amount paid never expires. Appointment required, contact online at https://www.optimantra.com/optimus/om/public/customQuestionnaireForm?did=2455&uid=7229&pid=1707174&custQustId=6308. Subscription will automatically renew at the regular price of a non-discounted monthly subscription at the end of the subscription purchased, unless cancelled with merchant. Consult and prescription included. Semaglutide cannot be prescribed to anyone with the following and should not be purchased: BMI under 27, eating disorder, gallbladder disease, drug or alcohol abuse, recent bariatric surgery, pancreatitis, medullary thyroid cancer, currently pregnant or breastfeeding, planning to become pregnant, Diabetic retinopathy, Multiple endocrine neoplasia type 2, family history of medullary thyroid carcinoma. Telemedicine consultation, the medication ( if prescribed), unlimited follow-up texting with your prescribing doctor all materials needed to administer the medication, priority support. Not valid in Canada. This Groupon purchase is for two months only. The monthly charges after month two are $399 per month plus shipping. To cancel get in touch with customer service. Consultation required; non-candidates and other refund requests will be honored before service provided Limit 1 per person(s), may buy 1 additional as gift(s). Consultation required before service. If you are ineligible, a refund will be provided. Merchant is solely responsible to purchasers for the care and quality of the advertised goods and services. Learn about Strike-Through Pricing and Savings

## Groupon Customer Reviews

**4.1** ★★★★☆
181 Groupon Ratings

Sort by: Highest Rated ⌄

**✓ 100% Verified Reviews**
All Groupon reviews are from people who have redeemed deals with this merchant. Review requests are sent by email to customers who purchased the deal.

👍 Like 2

**C  Cathie**
☆ 2 ratings  💬 2 reviews
★★★★★ · 10 hours ago

I lost 9 lbs my first week, Im in my second week now. The process was VERY fast and simple. The staff has been extremely attentive!! Highest regards.

👍 Helpful

**D  Deanna** · Top Reviewer
☆ 26 ratings  💬 23 reviews
★★★★★ · 4 days ago

Love it

👍 Helpful

**M  Mike**
☆ 2 ratings  💬 1 reviews
★★★★★ · May 23, 2023

The shots are effective and the staff is friendly.

👍 Helpful

👍 Like 2

**N  Nicole** · Helpful Reviewer
☆ 6 ratings  💬 2 reviews
★★★★★ · May 16, 2023

This process was fast! I can't speak to the medication delivery while I live in PA my daughter just happened to be vacationing in Houston! I purchased the Groupon on Sunday Had my consult over the phone on Monday . I called the Pharmacy yesterday you will need to have patients it took 1:40 minutes to get someone on the phone, but I was able to schedule and have my daughter pick up the med today!

👍 Helpful

**M  Meghan**
☆ 2 ratings  💬 1 reviews
★★★★★ · May 11, 2023

omg.. can't say enough!!!! Everyone from day one has been amazingly supportive!!! Month one down 11pounds!!! yay me:) I will recommend for days everyone ! easy to communicate via text , phone etc... Many other companies could learn from the customer service I was provided!!!5 stars all the way!!!

👍 Helpful

See All Reviews

## About Champion Health and Wellness Clinics

We are a different kind of clinic. We only provide care to a limited number of patients so we can provide the elite service you deserve. Our dedicated concierge service means you will receive individual attention from a nurse who will oversee your care throughout your treatment. If you have questions or concerns, you are available 24/7. Your treatment will be uniquely designed for you and your body's specific needs. We will continuously monitor your lab work and provide professional advice.

Champion Health and Wellness Clinics
- Company Website

👍 Like 2

## Sponsored deals for you

1 of 3  ‹ ›



**Up To 75% Off With Keto Cycle App + Keto Fuel**
Keto Cycle · 1 Coupon



**Aurora Medical Weight Loss**
15230 East Iliff Avenue, Aurora
4.2 ★★★★☆ · 548 Ratings
~~$519~~ $49 **$40.18** Limited Time
Weight Loss Program



**HelloFresh Meal Kit Deliveries ...**
4.1 ★★★★☆ · 24407 Ratings
~~$70.93~~ $22 **$21** Limited Time
Meal Kit Deliveries



**15% Off + FREE Shipping With Minted Father's Day Coupon C...**
minted · 1 Coupon

## Similar deals

1 of 3  ‹ ›






**Seven Week Semaglutide Weight Loss Management Program a...**
8501 SW 124th Ave, Miami • 13.8 mi
4.8 ★★★★★ 1764 Ratings
$230 $30 **$27** Limited Time
CLP MED SPA
250+ bought

**Semaglutide Weight-Management Program from ⁓ Invigor M...**
4.1 ★★★★☆ 1411 Ratings
$999 $155 **$127.10** Limited Time
⁓ Invigor Medical
800+ bought

**Semaglutide Weight Management Program (First Month) at...**
4.9 ★★★★★ 143 Ratings
$1,500 $150 **$135** Limited Time
Age Management Optimal Wellness
250+ bought

**Up to 73% Off on Weight Loss Program / Center at Weight...**
4.6 ★★★★★ 271 Ratings
$399 $132 **$108.24** Limited Time
WEightCare
5560+ bought

## Recommended deals    1 of 3






**Up to 89% Off on Weight Loss Program / Center at bmiMD...**
4.4 ★★★★☆ 193 Ratings
$999.99 **$110** 89% OFF
bmiMD.com
2830+ bought

**Up to 54% Off on Weight Loss Program / Center at G2 Tel...**
4.9 ★★★★★ 11 Ratings
$365 **$168** 54% OFF
G2 Telemedicine Weight Loss Clinic
210+ bought

**Up to 60% Off on Medical Check-Up / Physical at Synergy...**
4.4 ★★★★☆ 59 Ratings
$399 $196 **$160.72** Limited Time
100% Online Semaglutide Weight Loss P...
100+ bought

**Super MIC B12 Lipotropic Patches + Online Weight Loss &...**
3.7 ★★★☆☆ 552 Ratings
$168 From **$39** 77% OFF
Medical Weight Loss by Healthogenics
20+ bought

## Other deals from the same merchant    1 of 1



**Up to 84% Off Semaglutide at Champion Health and Welln...**
4.1 ★★★★☆ 181 Ratings
$999 **$160** 84% OFF
Champion Health and Wellness Clinics
2770+ bought

