**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC.<br><br>        Plaintiffs,<br><br>    v.<br><br>CHAMPION HEALTH AND WELLNESS CLINICS LLC,<br><br>        Defendant. | Case No. _____ |

**ADDENDUM TO JS-44: ATTORNEYS OF RECORD FOR PLAINTIFFS NOVO**
**NORDISK A/S AND NOVO NORDISK INC.**

**King & Spalding LLP**
1100 Louisiana Street, Suite 4100
Houston, TX 77002-5213
(713) 751-3200

*Attorneys of record:*
Nicole Bronnimann
Texas Bar No. 24109661
1100 Louisiana Street, Suite 4100
Houston, TX 77002-5213
(713) 751-3200
nbronnimann@kslaw.com

Aaron S. Craig
*(Pro hac vice application forthcoming)*
Joseph N. Akrotirianakis
*(Pro hac vice application forthcoming)*
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443-4355
acraig@kslaw.com
jakro@kslaw.com

Bruce W. Baber
*(Pro hac vice application forthcoming)*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
(404) 572-4600
bbaber@kslaw.com